

Scott H. Kaiser
Direct: 212-541-1195
Fax: 212-541-1375
scott.kaiser@bryancave.com

March 27, 2013

**Bryan Cave LLP**
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

**FILED BY ECF**

Judge David N. Hurd
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501-1233

**Bryan Cave Offices**
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Re:    *Peter J. Nichols v. Select Porfolio Servicing, Inc. Bank of America Home Loans*,
       Case No. 13-cv-00224 (DNH) (RFT)

Dear Judge Hurd:

This firm, Bryan Cave LLP ("Bryan Cave"), has been retained to represent Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, sued herein as "d/b/a Bank of America NA" ("Bank of America") in the action referenced above. This letter is being submitted to request an order that would extend Bank of America's time to answer, make a motion with respect to, or otherwise respond to the Complaint filed by *pro se* plaintiff Peter Nichols until April 19, 2013.

Assuming service upon Bank of America was valid, Bank of America's current deadline to respond to the Complaint would be March 29, 2013. This is the first request for an extension of time and will enable Bryan Cave, which was just retained in this action, to investigate the merits of the allegations, to analyze the claims to determine whether they state a cause of action, and to otherwise respond to the Complaint. I spoke with Mr. Nichols on March 26, 2013, and he consented to this extension of time.

Thank you for your consideration of this request.

Respectfully submitted,

*Scott Kaiser*

Scott H. Kaiser

**Bryan Cave**
**International Consulting**
*A TRADE AND CUSTOMS CONSULTANCY*
www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

cc:    Peter Nichols (pro se Plaintiff) (by U.S. mail)
       Joseph Froehlich, Esq. (attorney for Select Portfolio Servicing, Inc.) (via ECF)

1722767.1\0349908