UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ x

PETER J. NICHOLS,                                          :
                                                          :     Case No: 13-cv-00224 (DNH / RFT)
                                    Plaintiff,            :
                                                          :     **NOTICE OF APPEARANCE.**
                    v.                                    :
                                                          :
BAC HOME LOANS SERVICING LP d/b/a, BANK   :
OF AMERICA NA & SELECT PORTFOLIO           :
SERVICING, INC.,                                          :
                                                          :
                                    Defendants.          :
                                                          :
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ x


        TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, sued as BAC

Home Loans Servicing LP d/b/a Bank of America NA, in the above-captioned action.

        The undersigned is admitted to practice in this court.

DATED:  April 19, 2013


                                    BRYAN CAVE LLP

                                    By: /s/ Scott H. Kaiser
                                            Scott H. Kaiser
                                    1290 Avenue of the Americas
                                    New York, New York 10104
                                    Phone: 212-541-2000
                                    Fax: 212-541-4630
                                    scott.kaiser@bryancave.com

                                    *Attorneys for Defendant Bank of America,*
                                    *N.A., successor by merger to BAC Home*
                                    *Loans Servicing, LP*