UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------ x
PETER J. NICHOLS, :
: Case No: 13-cv-00224 (DNH / RFT)
Plaintiff, :
: **NOTICE OF APPEARANCE.**
v. :
:
BAC HOME LOANS SERVICING LP d/b/a, BANK :
OF AMERICA NA & SELECT PORTFOLIO
SERVICING, INC., :
:
Defendants. :
:
------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, sued as BAC Home Loans Servicing LP d/b/a Bank of America NA, in the above-captioned action.

The undersigned is admitted to practice in this court.

DATED:  April 19, 2013

                BRYAN CAVE LLP

                By: /s/ Suzanne M. Berger
                     Suzanne M. Berger
                1290 Avenue of the Americas
                New York, New York 10104
                Phone: 212-541-2000
                Fax: 212-541-4630
                smberger@bryancave.com

                *Attorneys for Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP*

1726312.1\0349908