BRYAN CAVE LLP
Suzanne M. Berger
Scott H. Kaiser
1290 Avenue of the Americas
New York, New York
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
smberger@bryancave.com
scott.kaiser@bryancave.com

*Attorneys for Defendant Bank of America, N.A.,*
*as successor by merger to BAC Home Loans Servicing, LP*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

———————————————————— x
PETER J. NICHOLS,                             :
                                              :   Case No: 13-cv-00224 (DNH / RFT)
                            Plaintiff,        :
                                              :
         v.                                   :
                                              :
BAC HOME LOANS SERVICING LP d/b/a, BANK       :
OF AMERICA NA & SELECT PORTFOLIO              :
SERVICING, INC.,                              :
                                              :
                            Defendants.       :
                                              :
———————————————————— x

# RULE 7.1 STATEMENT OF DEFENDANT BANK OF AMERICA, N.A.

Defendant Bank of America, N.A., as successor by merger to BAC Home Loans Servicing LP, sued herein as BAC Home Loans Servicing LP d/b/a Bank of America NA, by its counsel, hereby certifies pursuant to Fed. R. Civ. P. 7.1 as follows:

1.  Bank of America, N.A. is wholly-owned by NB Holdings Corporation, which is wholly-owned by Bank of America Corporation.

2.  Bank of America Corporation is a publicly traded company.

1726132.1\0349908

3.      No other publicly traded entity owns more than 10% of the stock of Bank of America Corporation.

Dated:  April 19, 2013

                                **BRYAN CAVE LLP**

                                By: /s/ Suzanne M. Berger
                                   Suzanne M. Berger
                                   Scott H. Kaiser
                              1290 Avenue of the Americas
                              New York, NY 10104
                              Telephone: (212) 541-2000
                              Facsimile: (212) 541-4630
                              smberger@bryancave.com
                              scott.kaiser@bryancave.com

                              *Attorneys for Defendant Bank of America, N.A., as successor by merger to BAC Home Loans Servicing LP*

1726132.1\0349908