## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy



James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

April 22, 2013

## NOTICE

Re:   Nichols v. BAC Home Loans Servicing LP, et al
      1:13-cv-0224  (DNH/RFT)

On April 19, 2013, the defendant moved to Dismiss all claims alleged against Bank of America in this action.  **Your response to this motion is due on May 28, 2013.**

Per the Local and Federal Rules of Civil Procedure, expect service of the defendants' motion within the next few days.

Please file your response to this motion in writing and in accordance with the Local and Federal Rules of Civil Procedure.  You may file your response by mailing it to:

> United States District Court
> Northern District of New York
> 10 Broad Street
> Utica, NY 13501