

Scott H. Kaiser
Direct: 212-541-1195
Fax: 212-541-1375
scott.kaiser@bryancave.com

June 5, 2013

**FILED BY ECF**

Judge David N. Hurd
United States District Court
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501-1233

    Re:    *Peter J. Nichols v. Select Porfolio Servicing, Inc. Bank of America Home Loans*,
            Case No. 13-cv-00224 (DNH) (RFT)

Dear Judge Hurd:

This firm represents Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, sued herein as "d/b/a Bank of America NA" ("Bank of America") in the action referenced above. Bank of America has filed a motion to dismiss which is now fully submitted. The motion to dismiss is returnable on June 14, 2013 at 10:00 a.m.

We submit this letter to request that the motion be decided on submission. Alternatively, if a hearing is held on the motion, we respectfully request permission to participate in the hearing via telephone.

Thank you for your consideration.

Respectfully submitted,

*/s/ Scott Kaiser*

Scott H. Kaiser

cc.:    Peter Nichols (pro se Plaintiff) (by U.S. mail)
         Joseph Froehlich, Esq. (attorney for Select Portfolio Servicing, Inc.) (via ECF)

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Bryan Cave Offices
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave
International Consulting
A TRADE AND CUSTOMS CONSULTANCY
www.bryancaveconsulting.com
Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo