

OCT 29 2013

LAWRENCE K. BAERMAN, Clerk
UTICA

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: Peter J Nichols

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here — MARCY NY 13403 — OCT 21 2013

Name (Please Print Clearly) (to be completed by mailer)
Peter J. Nichols
Street, Apt. No.; or PO Box No.
212 First Street
City, State, ZIP+4
Scotia, NY 12302

PS Form 3800, July 1999       See Reverse for Instructions

7099 3400 0005 5052 7637

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter J. Nichols
212 First Street
Scotia, NY 12302

Re: 1:13cv224, Doc's 24-25

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. _____ C. Date of Delivery 10/24

RECEIVED UTICA
OCT 29 2013
U.S. DISTRICT COURT

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7099 3400 0005 5052 7637

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540