UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PETER J. NICHOLS,

        Plaintiff,

v.

BAC HOME LOANS SERVICING LP d/b/a
BANK OF AMERICA NA, and
SELECT PORTFOLIO SERVICING, INC.,

        Defendants.

STIPULATION OF DISCONTINUANCE

1:13-CV-00224

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned pro se Plaintiff and attorneys of record for the defendants in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, on the merits with prejudice without costs to either party.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 7/30/14
Albany, NY

_____
PETER J. NICHOLS
212 First Street
Scotia, NY 12302
Ph: 518-429-8456

*Pro Se Plaintiff*

SO ORDERED:

_____
DAVID N. HURD
United States District Judge
Dated: 8/15/14      Utica, NY

BRYAN, CAVE LLP

_____
Suzanne M. Berger
Scott H. Kaiser
1290 Avenue of the Americas
New York, NY 10104
*Attorneys for Defendant Bank of America*

LOCKE LORD LLP

_____
Joseph N. Froelich
R.J. DeRose
Three World Financial Center, 20th Floor
New York, NY 10281
*Attorneys for Defendant Select Portfolio Servicing, Inc.*